# Third District Court of Appeal

## State of Florida

Opinion filed February 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D21-0247 & 3D21-0282
Lower Tribunal Nos. 20-0224 AP, 18-11106 SP, 20-0246 AP, 18-11112 SP

_____

**All Insurance Restoration Services, Inc.,
a/a/o Cindy Arnaes Rojas,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.


Appeals from the County Court for Miami-Dade County, Lawrence D. King and Gloria Gonzalez-Meyer, Judges.

Giasi Law P.A., and Melissa A. Giasi, and Erin M. Berger (Tampa), for appellant.

Cole, Scott & Kissane, P.A., and David C. Borucke (Tampa), for appellee.


Before EMAS, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.